UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable Kea W. Riggs

**CASE NO.** 20-1849 KWR　　　　　　　**DATE:** January 4, 2024

**TITLE:** *USA v. Kenneth Lucious*

**COURTROOM CLERK:** C. Bevel　　　　**COURT REPORTER:** Andrea Lynch

**COURT IN SESSION:** 10:04AM-10:17AM　　**TOTAL TIME:** 13 minutes

**TYPE OF PROCEEDING:** 34 MOTION to Disqualify Counsel

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**　　**ATTORNEYS PRESENT FOR DEFENDANT(S):**
Paul Mysliwiec　　　　　　　　　　　　　　BJ Crow

**PROCEEDINGS:**

10:04am　Court in session, counsel enter appearances, defendant present in custody. Court notes defendant filed a pro se motion. Court notes this is not defendant's first motion to replace counsel.

10:05am　Court proceeds sealed hearing and excuses AUSA Mysliwiec.

10:15am　Court proceeds in open court, AUSA Mysliwiec returns to open court. Court will grant a trial continuance once a motion to filed by Mr. Crow.

10:16am　AUSA Mysliwiec agrees with continuance.

10:17am　Court will reset trial in 90 days.

10:17am　Court in recess.